# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN, | No. C 11-03087 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNITED PARCEL SERVICE ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 16, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>May 25, 2012</u>.

DESIGNATION OF EXPERTS: <u>6/6/12</u>; REBUTTAL: <u>7/5/12</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 26, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>August 24, 2012</u>;

    Opp. Due <u>9/7/12</u>;  Reply Due <u>9/14/12</u>;

    and set for hearing no later than <u>September 28, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 13, 2012</u> at <u>3:30 PM</u>.

COURT  TRIAL DATE: <u>November 26, 2012</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u> 3 </u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur by the end of February 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/21/11

                             *Susan Illston*
_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California