AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern    District of    California

TERRANCE L. AUSTIN

    Plaintiff (s),

V.

UNITED PARCEL SERVICE et al.

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-03087 LB

Notice is hereby given that, subject to approval by the court, __Terrance L. Austin__ substitutes
(Party (s) Name)

__Angela L. Morgan__, State Bar No. __208585__ as counsel of record in
(Name of New Attorney)

place of __Plaintiff, In Pro Per__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: MORGAN & ASSOCIATES
    Address: 7677 Oakport Street, Suite 1050
    Telephone: (510) 383-9794    Facsimile (510) 336-8259
    E-Mail (Optional): almorgan@sbcglobal.net

I consent to the above substitution.
Date: 2/3/2012
(Signature of Party (s))

I consent to being substituted.
Date:
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/3/2012
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/13/12

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]