# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

TERRANCE L. AUSTIN

        Plaintiff (s),

V.

UNITED PARCEL SERVICE et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-03087 LB

Notice is hereby given that, subject to approval by the court, __Terrance L. Austin__ (Party (s) Name) substitutes __Angela L. Morgan__ (Name of New Attorney), State Bar No. __208585__ as counsel of record in place of __Plaintiff, In Pro Per__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name:     MORGAN & ASSOCIATES

    Address:     7677 Oakport Street, Suite 1050

    Telephone:     (510) 383-9794     Facsimile     (510) 336-8259

    E-Mail (Optional):     almorgan@sbcglobal.net

I consent to the above substitution.

Date:     2/3/2012

                (Signature of Party (s))

I consent to being substituted.

Date:

                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     2/3/2012

                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     2/13/12

                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]