1 | Angela L. Morgan (SBN 208585)
MORGAN & ASSOCIATES
2 | 7677 Oakport Street, Suite 1050
Oakland, CA 94621
3 | Telephone:   (510) 383-9794
Facsimile:    (510) 336-8259
4 |
5 | Attorneys for Plaintiff:
TERRANCE L. AUSTIN

6 |
7 | Michele Ballard Miller (SBN 104198)
Gregory F. Fortescue   (SBN 249133)
MILLER LAW GROUP
8 | A Professional Corporation
111 Sutter Street, Suite 700
9 | San Francisco, CA 94104
Telephone:   (415) 464-4300
10 | Facsimile:    (415) 464-4336

11 | Attorneys for Defendants:
UNITED PARCEL SERVICE, INC.,
12 | CEDRIC McCRAW (erroneously sued herein as
"CEDRIC McGRAW") and GLENN BROOKS

13 |

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN FRANCISCO DIVISION

| TERRANCE L. AUSTIN | ) | CASE NO: 3:11-CV-03087-SI |
|---|---|---|
| PLAINTIFF, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' DEADLINE TO COMPLETE MEDIATION |
| v. | ) ) | |
| UNITED PARCEL SERVICE, CEDRIC McGRAW, GLENN BROOKS, and DOES 1-10 SOUTHERN WINE & SPIRITS OF CALIFORNIA, INC., TEAMSTERS LOCAL 853 AND BOB STRELO, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1
STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' DEADLINE TO COMPLETE MEDIATION

Plaintiff TERRANCE L. AUSTIN ("Plaintiff") and Defendants UNITED PARCEL SERVICE, INC.,CEDRIC McCraw and GLENN BROOKS ("Defendants"), by and through their respective counsel, hereby stipulate and agree to continue the parties' deadline to complete early neutral evaluation from April 2, 2012 to May 2, 2012 for the following reasons:

Parties are in the process of resolving this matter independently of a neutral in efforts to save both time and money.  Furthermore, plaintiff is considering dismissing the individual defendants which will narrow the issues for early neutral evaluation purposes, if ENE becomes necessary.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned attorneys of record, to continue the deadline set for early neutral evaluation in this matter from April 2, 2012 to May 2, 2012 in order to allow sufficient time for the parties to resolve this action independently and/or allow time for Plaintiff to dismiss the individual defendants.  Given this continuance, the parties further stipulate and agree to a continuance of the Further Case Management Conference in this matter, which is currently scheduled for April 13, 2012 at 3:00p.m.

**IT IS SO STIPULATED.**

Dated:  March 14, 2012                                MORGAN & ASSOCIATES

                                                                              By:_____/S/_____
                                                                                  Angela L. Morgan
                                                                                  Attorney for Plaintiff Terrance L. Austin

Dated:  March 14, 2012                                MILLER LAW GROUP
                                                                              A Professional Corporation

                                                                              By:_____/S/_____
                                                                                  Greg F. Fortescue
                                                                                  Attorney for Defendants
                                                                                  UNITED PARCEL SERVICE, INC.CEDRIC
                                                                                  McCRAW and GLENN BROOKS

## ORDER

Having reviewed the Stipulation executed by Plaintiff TERRANCE L. AUSTIN and Defendants UNITED PARCEL SERVICE, INC., CEDRIC McCRAW AND GLENN BROOKS and good cause appearing, the Court hereby orders that the deadline for the parties to complete the early neutral evaluation of this matter is hereby continued until May 2, 2012. The Further Case Management Conference in this matter currently scheduled for April 13, 2012 at 3:00p.m. will be continued to ___6/1/12_____ at ___3 p.m._____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:___3/27/12_____      _____/s/ Susan Illston_____
                                The Honorable Susan Illston
                                United States District Court Judge