1  Angela L. Morgan (SBN 208585)
   MORGAN & ASSOCIATES
2  7677 Oakport Street, Suite 1050
   Oakland, CA 94621
3  Telephone:   (510) 383-9794
   Facsimile:   (510) 336-8259
4
   Attorneys for Plaintiff:
5  TERRANCE L. AUSTIN

6

7  Michele Ballard Miller (SBN 104198)
   Gregory F. Fortescue   (SBN 249133)
   MILLER LAW GROUP
8  A Professional Corporation
   111 Sutter Street, Suite 700
9  San Francisco, CA 94104
   Telephone:   (415) 464-4300
10 Facsimile:   (415) 464-4336

11 Attorneys for Defendants:
   UNITED PARCEL SERVICE, INC.,
12 CEDRIC McCRAW (erroneously sued herein as
   "CEDRIC McGRAW") and GLENN BROOKS
13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                           SAN FRANCISCO DIVISION

17 TERRANCE L. AUSTIN              )  CASE NO: 3:11-CV-03087-SI
                                   )
18         PLAINTIFF,              )  STIPULATION AND [P~~ROPOSED~~] ORDER
                                   )  CONTINUING THE PARTIES' DEADLINE
19 v.                              )  TO COMPLETE MEDIATION
                                   )
20 UNITED PARCEL SERVICE, CEDRIC   )
   McGRAW, GLENN BROOKS, and DOES  )
21 1-10SOUTHERN WINE & SPIRITS OF  )
   CALIFORNIA, INC., TEAMSTERS LOCAL )
22 853 AND BOB STRELO,             )
                                   )
23         Defendants.             )
                                   )
24 _____ )

1 | Plaintiff TERRANCE L. AUSTIN ("Plaintiff") and Defendants UNITED PARCEL
2 | SERVICE, INC.,CEDRIC McCraw and GLENN BROOKS ("Defendants"), by and through
3 | their respective counsel, hereby stipulate and agree to continue the parties' deadline to
4 | complete early neutral evaluation from April 2, 2012 to May 2, 2012 for the following reasons:
5 | Parties are in the process of resolving this matter independently of a neutral in efforts
6 | to save both time and money. Furthermore, plaintiff is considering dismissing the individual
7 | defendants which will narrow the issues for early neutral evaluation purposes, if ENE
8 | becomes necessary.
9 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and
10 | Defendants, by and through their respective undersigned attorneys of record, to continue the
11 | deadline set for early neutral evaluation in this matter from April 2, 2012 to May 2, 2012 in
12 | order to allow sufficient time for the parties to resolve this action independently and/or allow
13 | time for Plaintiff to dismiss the individual defendants. Given this continuance, the parties
14 | further stipulate and agree to a continuance of the Further Case Management Conference in
15 | this matter, which is currently scheduled for April 13, 2012 at 3:00p.m.
16 | **IT IS SO STIPULATED.**
17 | Dated: March 14, 2012                MORGAN & ASSOCIATES
18 |                                      By:_____/S/_____
   |                                         Angela L. Morgan
19 |                                         Attorney for Plaintiff Terrance L. Austin
20 | Dated: March 14, 2012                MILLER LAW GROUP
   |                                      A Professional Corporation
21 |
22 |                                      By:_____/S/_____
   |                                         Greg F. Fortescue
   |                                         Attorney for Defendants
23 |                                         UNITED PARCEL SERVICE, INC.CEDRIC
   |                                         McCRAW and GLENN BROOKS
24 |

---

2
STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' DEADLINE TO COMPLETE MEDIATION

**ORDER**

Having reviewed the Stipulation executed by Plaintiff TERRANCE L. AUSTIN and Defendants UNITED PARCEL SERVICE, INC., CEDRIC McCRAW AND GLENN BROOKS and good cause appearing, the Court hereby orders that the deadline for the parties to complete the early neutral evaluation of this matter is hereby continued until May 2, 2012. The Further Case Management Conference in this matter currently scheduled for April 13, 2012 at 3:00p.m. will be continued to ___6/1/12_____ at ___3 p.m._____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:___3/27/12_____     _____/s/ Susan Illston_____
                                The Honorable Susan Illston
                                United States District Court Judge