Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Gregory F. Fortescue (SBN 249133)
  gff@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants UNITED PARCEL SERVICE, CEDRIC McCRAW (erroneously sued herein as "CEDRIC McGRAW") and GLENN BROOKS

Angela Morgan (SBN 208585)
  loganlawgroup@gmail.com
MORGAN & ASSOCIATES
7677 Oakport Street, Suite 1050
Oakland, CA  94621
Tel. (510) 383-9794
Fax: (510) 336-8259

Attorney for Plaintiff
TERRANCE L. AUSTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE L. AUSTIN,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, CEDRIC McGRAW, GLENN BROOKS, and DOES 1-10,<br><br>             Defendants. | Case No.: C11-03087 SI<br><br>**STIPULATION AND [PROPOSED]  ORDER FOR DISMISSAL**<br><br>Complaint filed:  June 22, 2011 |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: May 4, 2012   MILLER LAW GROUP
A Professional Corporation

By: ___/s/_____
Gregory F. Fortescue
Attorney for Defendants
UNITED PARCEL SERVICE, INC.,
CEDRIC McCRAW (erroneously sued herein as "CEDRIC McGRAW") and
GLENN BROOKS

Dated: May 4, 2012   MORGAN & ASSOCIATES

By: ___/s/_____
Angela L. Morgan
Attorney for Plaintiff TERRANCE L. AUSTIN

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: ____5/7_____, 2012

_____
HONORABLE SUSAN ILLSTON

4838-9589-5567, v. 1

1
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
Case No.: C11-03087 SI